UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| TERRY EDWIN JUSTUS, ) | |
| *Petitioner*, ) | |
| v. ) | No. 3:09-cv-408 |
| ) | *Phillips* |
| STEVE DOTSON, Warden, ) | |
| *Respondent*. ) | |

## **JUDGMENT ORDER**

In accordance with the accompanying Memorandum Opinion, the respondent's motion to dismiss is **GRANTED**. The petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. The court further **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**ENTER:**

                                                                                s/ Thomas W. Phillips
                                                                               United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
      CLERK OF COURT